IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**PATRICK KILKENNY,** : Civil No. 1:19-CV-0321
:
**Petitioner,** :
:
v. :
:
**WARDEN DOUGLAS K. WHITE,** :
:
**Respondent.** : Judge Sylvia H. Rambo

**O R D E R**

**AND NOW**, this 22nd day of **APRIL 2019**, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT:**

1. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED**.

2. Petitioner's motion for an Order for Respondent to Answer (Doc. No. 6) is **DENIED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

            s/Sylvia H. Rambo
            SYLVIA H. RAMBO
            United States District Judge

Dated: April 22, 2019