IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK KILKENNY,** | : | Civil No. 1:19-CV-0321 |
| **Petitioner,** | : | Judge Sylvia H. Rambo |
| v. | : | |
| **WARDEN DOUGLAS K. WHITE,** | : | |
| **Respondent.** | : | |

# **O R D E R**

**AND NOW**, this 13th day of May, 2019, it is **ORDERED** that Mr. Kilkenny's Motion for Reconsideration (Doc. 9) is **DENIED**.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge